IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BLF LAND, LLC and BLAINE LARSEN FARMS, INC., | |
| Plaintiffs/Counter-Defendants, | |
| v. | 2:23-CV-133-Z |
| NORTH PLAINS GROUNDWATER CONSERVATION DISTRICT, | |
| Defendant/Counter-Plaintiff. | |

## FINAL JUDGMENT

Pursuant to this Court's Opinion, NPGCD's Motion for Partial Summary Judgment on Counterclaims (ECF No. 77) is **DENIED**. This case is **DISMISSED without prejudice** for lack of jurisdiction. Judgment is rendered accordingly.

**SO ORDERED**.

May 23, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE